**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State of South Carolina, Respondent,

v.

Stakren Tyrise Jefferson, Appellant.

Appellate Case No. 2012-212339

———————————

Appeal From Laurens County
Frank R. Addy, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-463
Submitted November 1, 2013 – Filed December 18, 2013

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender David Alexander, of Columbia; and
Stakren Tyrise Jefferson, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Donald J. Zelenka,
both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.